UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

YU HIN CHAN                                         CIVIL ACTION

VERSUS                                              NO. 25-1959

KAREN MAY BACDAYAN                                  SECTION "R" (3)

## ORDER AND REASONS

Plaintiff Yu Hin Chan, filed this *pro se* and *in forma pauperis* action on September 19, 2025.[1]  On February 11, 2026, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court dismiss plaintiff's complaint without prejudice.[2]

Plaintiff did not object to the R&R.  Therefore, the Court reviews the R&R for clear error.  *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").  The Court finds no clear error.

---

[1]     R. Doc. 1.

[2]     R. Doc. 6.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion.  Chan's complaint is DISMISSED WITHOUT PREJUDICE.


New Orleans, Louisiana, this __10th__ day of March, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE